```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 23321
   KIMBERLY RENEE LLOYD
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6339

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/12/2007 and was not confirmed.

     The case was dismissed without confirmation 02/06/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
SANTANDER CONSUMER USA   SECURED NOT I    13686.24           .00            .00
NATIONAL AUTO FINANCE    SECURED NOT I    15244.56           .00            .00
CAPITAL ONE              UNSECURED          879.70           .00            .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00            .00            .00
COUNTRYWIDE HOME LOANS   SECURED NOT I    36547.72           .00            .00
COUNTRYWIDE HOME LOANS   NOTICE ONLY      NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED          390.07           .00            .00
ASSET ACCEPTANCE LLC     UNSECURED          326.14           .00            .00
PALISADES COLLECTION LLC UNSECURED          337.09           .00            .00
AMERICASH LOANS          UNSECURED         4376.45           .00            .00
AMERICASH LOANS          UNSECURED          867.05           .00            .00
AMERICASH LOANS          UNSECURED         2076.82           .00            .00
PRO SE DEBTOR            DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                        --------------       --------------
TOTALS                      .00                    .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 23321 KIMBERLY RENEE LLOYD
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE